UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60481-Civ-WILLIAMS

PETER VON STROH,

    Plaintiff,

vs.

JOHN DOES 1-10,

    Defendants.
_____/

### ORDER TO SHOW CAUSE RE: FAILURE TO IDENTIFY OR SERVE ANONYMOUS DEFENDANTS

This **MATTER** is before the Court *sua sponte*. The Court entered final default judgment against Defendant Commercial Recovery Systems, Inc. on September 9, 2013. Consequently, the only remaining defendants in this action are John Does 1-10. This case was filed in February 2012, and Plaintiff has yet to identify these defendants or serve them with process. Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** by 5:00 p.m. on October 4, 2013, as to why the case should not be dismissed as to John Does 1-10.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 30 day of September, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE