UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 13-60481-civ-WILLIAMS

Peter Von Stroh,

        Plaintiff,

  v.

Commercial Recovery Systems, Inc.; and
DOES 1-10, inclusive,

        Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO DOES 1-10

Plaintiff, PETER VON STROH, by and through their undersigned counsel, gives notice to the Court of the dismissal of this action as to Defendants Does 1-10 pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,

By   */s/ Patricia Montes de Oca*

Patricia Montes de Oca, Esq.
Florida Bar No. 519812
2655 Le Jeune Road, Fifth Floor
Coral Gables, Florida 33134
Telephone: (305) 501-0085
Facsimile: (855) 953-6237
pmontesdeoca@montesdeocalemberg.com