UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60481-Civ-WILLIAMS

PETER VON STROH,

    Plaintiff,

vs.

COMMERCIAL RECOVERY
SYSTEMS, INC. and JOHN
DOES 1-10,

    Defendants.
_____/

## ORDER CLOSING CASE

This **MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal as to John Does 1-10 [D.E. 16]. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** as to Defendants John Does 1-10. The Court previously entered final default judgment as to Commercial Recovery Systems, Inc. Consequently, the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 7 day of October, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1